IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CASE NO. 4:09-CR-11-2F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| ALFREDDIE ROBERSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant Alfreddie Roberson's Motion for Leave to File Under Seal Defendant's Sentencing Memorandum, filed 7 May 2013.

The Court has reviewed the Motion, and for good cause shown, the Motion is GRANTED.

SO ORDERED.

This the 8th day of May, 2013.

_____
James C. Fox
Senior United States District Judge